UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL RENOWITZKY,

        Plaintiff,

   v.

ZIEVE, BRODNAX & STEEL, LLP, et al.,

        Defendants.

Case No.  17-cv-02309-DMR

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND VACATING SEPTEMBER 6, 2017 CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 8

On April 25, 2017, Pro se Plaintiff Carl Renowitsky filed suit in this Court.  [Docket No. 1.]  Under Federal Rule of Civil Procedure 4(m), Mr. Renowitsky was required to serve the summons and complaint on the defendants within 90 days of the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  It does not appear that Mr. Renowitsky has served the defendants with the summons and complaint as no proofs of service have been filed.

On August 1, 2017, the court ordered Mr. Renowitsky to file a Joint Case Management Conference Statement by August 30, 2017.  [Docket No. 8].  No Joint Case Management Conference Statement has been filed.

Accordingly, the court ORDERS Mr. Renowitsky to **respond in writing by September 6, 2017** and explain why this case should not be dismissed for failure to prosecute.  Failure to respond by September 6, 2017 may result in dismissal of this action for failure to prosecute.

The court VACATES the September 6, 2017 Case Management Conference.


**IT IS SO ORDERED.**

Dated: September 1, 2017



_____
Donna M. Ryu
United States Magistrate Judge