**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARL RENOWITZKY,**<br><br>    Plaintiff**,**<br><br>    v.<br><br>**ZIEVE, BRODNAX & STEEL, LLP, ET AL.,**<br><br>    Defendants. | Case No.: 17-cv-02309<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 16 |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Recommending Dismissal of Action for Failure to Prosecute (Dkt. No. 16), to which no party filed an objection. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, the action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This Order terminates the case and Docket No. 16.

**IT IS SO ORDERED.**

Dated: October 27, 2017

                        _____

                        **YVONNE GONZALEZ ROGERS**
                     **UNITED STATES DISTRICT COURT JUDGE**